UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 09-17-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| DENNIS R. NEELEY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Recommended Disposition (also known as a Report and Recommendation, or "R&R") [R. 26] entered by Magistrate Judge Wier on October 29, 2009. In the R&R, Judge Wier recommends that the Court deny the Defendant Dennis R. Neeley's Motion to Suppress [R. 15]. Judge Wier further advises the parties that any objections to the R&R must be filed within ten (10) days of service. [R. 26 at 19-20.] As of this date, neither party has filed objections or sought an extension of time to do so.

Briefly summarized, in his Motion, Neeley argues that statements he made to police officers during his interrogation on July 15, 2008, should be suppressed because the officers failed to advise him of his Fifth Amendment, or *Miranda*, rights and obtain a valid waiver. [R. 15.] Specifically, Neeley claims that Trooper Devasher began his custodial interrogation without reading him his *Miranda* rights. [*Id.*] He further claims that later-administered *Miranda* warnings did not effectively cure the earlier constitutional violation. [*Id.*]

After holding a hearing on the matter, Judge Wier recommends denial of the motion to suppress. [R. 26.] In his R&R, Judge Wier finds that much of the interrogation of Neeley was

not custodial in nature, and therefore *Miranda* does not apply. [*Id.* at 11-14.] He further determines that once the interrogation became custodial, the trooper's previously given *Miranda* warnings sufficiently protected Neeley's Fifth Amendment rights, even taking in to account a brief break in questioning. [*Id.* at 14-18.]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's recommendation.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [R. 26] is **ADOPTED** as and for the opinion of the Court; and

2. The Defendant's Motion to Suppress [R. 15] is **DENIED**.

This the 19th day of November, 2009.



**Signed By:**
*Gregory F. Van Tatenhove*
**United States District Judge**